```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02973
    CLARE E MCCORMICK
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2673

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/11/2008 and was not confirmed.

     The case was dismissed without confirmation 04/30/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV CURRENT MORTG            .00            .00           .00
CARRINGTON MORTGAGE SERV MORTGAGE ARRE      115000.00            .00           .00
KEVIN MCCORMICK          NOTICE ONLY       NOT FILED             .00           .00
KEVIN MCCORMICK          NOTICE ONLY       NOT FILED             .00           .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY       NOT FILED             .00           .00
AMERICAN HONDA FINANCE   SECURED                  .00            .00           .00
AMERICAN HONDA FINANCE   SECURED                  .00            .00           .00
INTERNAL REVENUE SERVICE NOTICE ONLY       NOT FILED             .00           .00
PHILIP A IGOE            DEBTOR ATTY             .00                           .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------    --------------
TOTALS                        .00                     .00




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 02973 CLARE E MCCORMICK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |